MICHELLE A. CHIONGSON (SBN 221740)
MARISA D. POULOS (SBN 197904)
**BALBOA CAPITAL CORPORATION**
575 Anton Boulevard, 12th Floor
Costa Mesa, California 92626
Tel.: (949) 399-6303
Fax: (949) 224-2703

Attorneys for Plaintiff and Counter-Defendants
BALBOA CAPITAL CORPORATION

JOHN K. LY (SBN 247477)
Email: jly@lianglyllp.com
JASON L. LIANG (SBN 251235)
Email: jliang@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8000
Facsimile: (213) 335-7776

Attorneys for Defendants and Counter-Complainants
Clark W. Brazil M.D. Associated
and Dr. Clark W. Brazil

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>CLARK W BRAZIL MD dba VASCULAR CENTER OF WICHITA FALLS, A Texas Proprietorship, CLARK W BRAZIL, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: 8:17-CV-00760-DOC-DFM<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [46]** |

# **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: November 16, 2018

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT COURT